IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **TIMOTHY DOYLE YOUNG,** <br> No. 60012-001, <br><br> Plaintiff, <br><br> vs. <br><br> **UNITED STATES,** <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 14-cv-00219-JPG <br> ) <br> ) <br> ) <br> ) |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

On February 18, 2014, Plaintiff Young, an inmate in the custody of the Bureau of Prisons, housed at USP-Florence, filed a civil rights complaint (Doc. 1). By Order dated March 18, 2014, the Court concluded that the complaint, as drafted, failed to state a colorable claim (Doc. 3).

Plaintiff was directed to file a complaint by April 8, 2014 (Doc. 3). He was forewarned that failure to file a proper complaint by the prescribed deadline would result in the dismissal of this action, that such a dismissal would count as one of his allotted "strikes" under the provisions of 28 U.S.C. § 1915(g), and that Plaintiff would remain obligated to pay the filing fee. *See* 28 U.S.C. § 1915(b)(1); *Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998).

Plaintiff has not filed a complaint and the deadline for doing so has passed. It appears that Plaintiff has abandoned this action.

**IT IS THEREFORE ORDERED** that pursuant to Federal Rule of Civil Procedure 41(b), this action is **DISMISSED with prejudice** for failure to comply with a court order and

failure to prosecute this action.  Furthermore, this action is deemed frivolous for purposes of Section 1915(g).  Judgment shall enter accordingly and this case will be closed.

**IT IS FURTHER ORDERED** that Plaintiff remains obligated to pay the filing fee.  *See* 28 U.S.C. § 1915(b)(1); *Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998).  A separate order shall enter regarding the collection of the fee (*see* Doc. 2).

**IT IS SO ORDERED.**

**DATED: May 16, 2014**

                 *s/ J. Phil Gilbert*
                 **UNITED STATES DISTRICT JUDGE**